**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,<br><br>    Post-Effective Date Debtors. | Chapter 11<br><br>Case No. 22-10964-MG<br><br>(Jointly Administered) |
| BARBER LAKE DEVELOPMENT LLC,<br><br>    Plaintiff,<br><br>-v-<br><br>PRIORITY POWER MANAGEMENT, LLC,<br><br>    Defendant. | Adv. Pro. No. 24-04010-MG |

**STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Barber Lake Development LLC ("Plaintiff") and Defendant Priority Power Management, LLC ("Defendant" and together with Plaintiff, the "Parties"), pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed with prejudice, including any claims, counterclaims or causes of action asserted, or that could have been asserted, by, between, and/or among the Parties.

*[Remainder of page intentionally left blank.]*

Dated: December 6, 2024
New York, New York

Respectfully submitted,

*/s/ Thomas Ross Hooper*
John R. Ashmead
Thomas Ross Hooper
Paul B. Koepp
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
Email: ashmead@sewkis.com
hooper@sewkis.com
koepp@sewkis.com

*Attorneys for Barber Lake Development LLC*

-and-

*/s/ Scott R. Bowling*
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-2500
Scott R. Bowling
Nischay K. Bhan
Louie E. Layrisson, III (*pro hac vice*)
Shelby V. Saxon (*pro hac vice*)

*Attorneys for Priority Power Management, LLC*

**IT IS SO ORDERED.**

Dated:   December 30, 2024
             New York, New York

             **/s/ Martin Glenn**
             MARTIN GLENN
Chief United States Bankruptcy Judge

2